SO ORDERED.

Dated: April 21, 2010



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>MARK JOHN NELSON AND WANDA JEAN NELSON,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No.: 2:10-bk-04905-CGC |
| M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>MARK JOHN NELSON AND WANDA JEAN NELSON, DEBTORS; AND ROGER BROWN, CHAPTER 7 TRUSTEE,<br><br>Respondents. | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>**Real Property;**<br>Located at 3524 N. 200th Drive<br>Buckeye, AZ 85326 |

Movant, M&I Marshall and Ilsley Bank having filed a <u>Motion For Relief From The Automatic Stay Pursuant To §362(d)(1)</u> (the "Motion For Relief") and served a Notice of the Motion For Relief as required by Local Bankruptcy Rule 4001-1, no timely written objections to the Motion For Relief having been filed and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Mark John Nelson and Wanda Jean Nelson, (the "Debtors") which is located at 3524 N. 200th Drive, Buckeye, AZ 85326

| | |
|---|---|
| 1 | and is legally described as: |
| 2 | LOT 116, PASQUALETTI MOUNTAIN RANCH PHASE 2 AND 3, ACCORDING TO |
| 3 | BOOK 678 OF MAPS, PAGE 29, RECORDS OF MARICOPA COUNTY, ARIZONA. |
| 4 | EXCEPT A ONE-HALF INTEREST IN ALL OIL, GAS, COAL AND MINERALS AS |
| 5 | RESERVED IN DEED RECORDED IN DOCKET 9409, PAGE 467. |
| 6 | (the "Property") to allow M&I Marshall & Ilsley Bank to exercise its state law rights and remedies, |
| 7 | including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property. |

**Signed and dated above.**